IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ACADEMIC IMAGING, LLC, et al.,
    Plaintiffs,

v.

SOTERION CORP., et al.,
    Defendants.

Case No. 2:06-CV-613
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

The Plaintiffs' Motion for Extension of Time to file their opposition to Defendants' application for attorneys' fees and costs (**Doc. #46**) is **GRANTED**. The Defendants' Motion to Strike (**Doc. #50**) is **DENIED**. Defendants' Motion to Continue Expert Discovery and file a Reply Brief (**Doc. #51**) is **GRANTED**.

The Defendants shall file their Reply Brief within **twenty one (21) days** of the date of this Order. The Court will hold an **EVIDENTIARY HEARING** on the issue of attorneys' fees and costs on **Tuesday, February 26, 2008 at 10:00 a.m.**

IT IS SO ORDERED.

1-22-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE