```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

**ACADEMIC IMAGING, LLC,**
*et al.*,

        Plaintiffs,

  vs.                              Civil Action 2:06-CV-613
                                    Judge Sargus
                                    Magistrate Judge King

**SOTERION CORP.,** *et al.*,

        Defendants.


<u>ORDER</u>

     This case has been reported settled.  Although a status conference was originally scheduled for January 6, 2012, *Order*, Doc. No. 99, the parties need additional time to resolve matters related to settlement.  **A status conference will be held on January 20, 2012, at 10:30 a.m. unless the dismissal entry is received prior to that time.**

     If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.


<u>January 9, 2012</u>                            <u>  *s/Norah McCann King*  </u>
                                                  Norah M$^c$Cann King
                                    United States Magistrate Judge